# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JUSTIN BEGANDY,                               :   No. 27 WM 2019
                                             :
               Petitioner    :
                                             :
                                             :
                                             :
          v.                      :
                                             :
                                             :
                                             :
CLERK OF COURTS OF ALLEGHENY                  :
COUNTY, AND CAROL A. EDDINS,                  :
COURT ADMINISTRATION, CRIMINAL               :
DIVISION, ALLEGHENY COUNTY                    :
COURT OF COMMON PLEAS,                        :
                                             :
             Respondents   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of August, 2019, the "Petition for Review in Mandamus"

and the Application for Relief are DENIED.